# THE UNITED STATES OF AMERICA

United States District Court  Southern District of Texas

I, David J. Bradley, clerk of the United States District Court for the Southern District of Texas, do hereby certify that

## Zachary David Dolling

was duly admitted and qualified as an Attorney and Counselor of said District Court on November 6, 2018.



**Southern District of Texas Federal ID No. 3290949**

In testimony whereof, I hereunto set my hand and affix the seal of said court, at my office in Houston in the Southern District of Texas, this the 6th of November 2018.

*David J. Bradley*

Clerk of Court