## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

### NOTICE

November 6, 2018

Zachary David Dolling
Texas Civil Rights Project
405 Main St
7th Floor
Houston, TX 77002

Attorney Admissions Record: 4:18−mc−02542

Dear Counsel:

A user account has been created in the U. S. District Court Electronic Case Filing System using the email you provided. You will receive electronic notice at this email address immediately.

Your user account login and password are:

CM/ECF District Login:      Dolling3290949
CM/ECF District Password:   SDtx1106

All new accounts are issued a generic password. For the security of your account, you must change your password. Instructions can be found on the court's website in the Attorney's User Guide at
www.txs.uscourts.gov/sites/txs/files/Attorneys_User_Guide.pdf.

Each CM/ECF account is created for individual attorneys not for law firms. Attorneys should *not* share their CM/ECF user account logins or passwords with other attorneys. The attorney signature on documents must be the same as the attorney whose CM/ECF account is being used.

NOTE:      *Sealed or ex parte* pleadings should be filed under seal using an event listed under the **Sealed Events** category.

For more information, including access to Live District CM/ECF, the most recent version of the court's Administrative Procedures, and available forms, see the court's website at www.txs.uscourts.gov.

United States District Court
Southern District of Texas
515 Rusk Street, Room 5300
Houston, TX 77002
Toll Free: 866−358−6201

David J. Bradley, Clerk